JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL WAITERS,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID LONG, Warden,<br><br>    Respondent. | Case No. EDCV 13-2342-GW (KK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 5, 2015

*/s/ George H. Wu*
_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE